UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| HANK BLAND, KENDALL JACKSON, and LUETTA INNISS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **JUDGMENT** |
| CAROLINA LEASE MANAGEMENT GROUP, LLC, CTH RENTALS, LLC, and OLD HICKORY BUILDINGS, LLC, | ) 4:22-CV-33-BO ) ) ) |
| Defendants. | ) ) ) |

**Decision by Court.**
This cause comes before the Court on defendants' motions to dismiss the original complaint and the amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss the original complaint [DE 9] is DENIED AS MOOT. Defendants' motion to dismiss the amended complaint [DE 19] is GRANTED. Defendant Old Hickory Buildings' motion to dismiss [DE 21] is DENIED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on October 28, 2022, and served on:**
Adrian Lapas (via CM/ECF NEF)
Charles Delbaum (via CM/ECF NEF)
Jonathan Williams (via CM/ECF NEF)

October 28, 2022

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk