IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-33-BO

| | |
|---|---|
| HANK BLAND, KENDELL JACKSON, and LUETTA INNISS, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs,<br><br>v.<br><br>CAROLINA LEASE MANAGEMENT GROUP, LLC, CTH RENTALS, LLC, and OLD HICKORY BUILDINGS, LLC,<br><br>    Defendants. | **ORDER** |

This matter is before the court on the joint notice of settlement and motion to continue all deadlines and hearings [DE-93], filed on April 2, 2025. In the notice, the parties provide that they (i) have reached a settlement in principle of this matter, and (ii) are drafting and finalizing a formal agreement. *Id.* The parties jointly request that the court "continue all deadlines and hearings in this matter to allow the parties to focus on finalizing resolution." *Id.*

Today, the court held a telephonic hearing, previously scheduled to address the status of plaintiffs' motion to compel discovery [DE-72]. Counsel for the parties were each heard regarding the instant notice and motion to continue. Counsel provided that they anticipate finalizing the written agreement and filing the appropriate settlement documents for the court's consideration within approximately forty-five (45) days.

For good cause shown, for the reasons stated in the joint motion and during today's telephonic hearing, the court GRANTS the joint motion to continue [DE-93]. Accordingly, the court STAYS all deadlines in this case up to and including **May 19, 2025**, in order to allow the

parties time to finalize a formal agreement and to file the appropriate settlement documents for the court's consideration.

Unless otherwise ordered by the court, in the event the parties have not filed the appropriate settlement documents on or before May 19, 2025, the parties shall instead file a *joint* status report no later than **May 19, 2025**, advising the court of: (i) the status of the settlement in this case, and (ii) the parties' position(s) regarding further scheduling in this matter.

In light of the foregoing, it is further ORDERED that plaintiffs' motion to compel discovery [DE-72] is DENIED AS MOOT without prejudice.

SO ORDERED, this 2nd day of April, 2025.

_____
Brian S. Meyers
United States Magistrate Judge