IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE No.: 4:22-CV-33-BO

| | |
|---|---|
| HANK BLAND, KENDELL JACKSON, LUETTA INNISS, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA LEASE MANAGEMENT GROUP, LLC, CTH RENTALS, LLC, and OLD HICKORY BUILDINGS, LLC,<br><br>Defendants. | **PLAINTIFFS' UNOPPOSED MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING THE CLASS FOR PURPOSES OF SETTLEMENT, AND DIRECTING NOTICE TO CLASS** |

Plaintiffs Hank Bland, Kendell Jackson, Luetta Inniss (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully submit this Unopposed Motion for Order Granting Preliminary Approval of Class Action Settlement, Certifying the Class for Purposes of Settlement, and Directing Notice to Class ("Motion"), pursuant to the Settlement Agreement executed by Plaintiffs and Defendants Carolina Lease Management Group, LLC and CTH Rentals, LLC (collectively "Defendants"). Plaintiffs further submit a Memorandum of Law in Support of the Motion For Preliminary Approval contemporaneously with this Motion.

Plaintiffs' counsel has consulted with Defendants' counsel with regards to this Motion and supporting Memorandum of Law and Defendants' counsel has indicated their approval of the contents and do not oppose the Motion.

In support of the Motion, Plaintiffs attach the following Exhibits:

| | |
|---|---|
| Exhibit 1 | Settlement Agreement and Release |
| Exhibit 2 | Declarations of Counsel in support of their Appointment as Class Counsel |

WHEREFORE, Plaintiffs respectfully pray this Court for the following relief:

1. That this Court grant Plaintiffs' Unopposed Motion and enter an Order granting Preliminary Approval of Class Action Settlement, Certifying the Class for Purposes of Settlement, and Directing Notice to the Class; and

2. For such other and further relief as this Court deems just and proper.

This the 18th day of July, 2025.

                                    LAPAS LAW OFFICES, PLLC

                                    By:   *s/ Adrian M. Lapas*
                                            Adrian M. Lapas
                                            Attorney for Plaintiffs
                                            Post Office Box 10688
                                            Goldsboro, NC  27532
                                            Telephone: (919) 583-5400
                                            Facsimile: (919) 882-1777
                                            N.C. State Bar No.:  20022
                                            Email: adrian@lapaslaw.com

NATIONAL CONSUMER LAW CENTER

By:   *s/ Jennifer S. Wagner*
     Jennifer S. Wagner
     W.V. Bar No. 10639

By:   *s. Charles M. Delbaum*
     Charles M. Delbaum
     Mass. Bar No. 543225
     7 Winthrop Square
     Boston, MA 02110
     Telephone: (617) 226 0313
     Facsimile: (617) 542-8028
     Email: jwagner@nclc.org

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR ORDER CERTIFYING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING THE CLASS FOR PURPOSES OF SETTLEMENT AND DIRECTING NOTICE TO CLASS was served via the CM/ECF system on the attorneys listed below:

Mr. Jonathan Williams
Mr. Craig Martin
Cedar Grove Law
Post Office Box 1389
Hillsborough, NC  27278

This the 18th day of July, 2025.

LAPAS LAW OFFICES, PLLC

By:   *s/ Adrian M. Lapas*
     Adrian M. Lapas
     Attorney for Plaintiffs
