IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:22-CV-33-BO

HANK BLAND, KENDELL )
JACKSON, LUETTA INNISS, for )
themselves and all others similarly )
situated, )
                                 )
                   Plaintiffs, )
                                 )
             v. )
                                 )
CAROLINA LEASE MANAGEMENT )
GROUP, LLC, CTH RENTALS, LLC, )
and OLD HICKORY BUILDINGS, )
LLC, )
                                 )
                  Defendants. )

## ORDER and FINAL JUDGMENT

On November 7, 2025, this Court entered its Order Granting Motion for Final Approval of Class Settlement and Motion for Attorneys' Fees and Costs and Payment of Class Representatives' Awards. ECF No. 110. As noted in that Order, the relief granted was contingent on the court in the companion matter of *Carolina Lease Management Group, LLC v. Greene*, 21-CvS-134-510 (Jones Cty. Super. Ct. N.C.), entering a similar order approving the settlement resolving that matter. This Court directed the Plaintiffs' counsel to submit a notice advising the Court of such action, whereupon this Court would enter a final judgment in this matter.

On January 23, 2026, Plaintiffs' counsel filed just such a notice, advising the Court that the *Greene* court had entered its Order Granting Final Approval of Class

Action Settlement and Final Judgment on January 22, 2026 and provided a copy of said order.

WHEREUPON, this Court having reviewed all relevant filings, the Court hereby enters final judgment in this matter pursuant to its Order Granting Motion for Final Approval of Class Settlement and Motion for Attorneys' Fees and Costs and Payment of Class Representatives' Awards and ORDERS this case dismissed with prejudice. The Clerk of Court is thus directed to enter and docket this Order and Final Judgment in this action.

Without affecting the finality of this judgment, this Court retains continuing and exclusive jurisdiction over all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement, the Court's Order Granting Motion for Final Approval of Class Settlement and Motion for Attorneys' Fees and Costs and Payment of Class Representatives' Awards, and this Final Judgment Order, to protect and effectuate the relief set forth therein and for any other necessary purpose.

SO ORDERED, this __3__ day of __February__, 2026.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE